UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS POWERS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL C. LUONG, INDIVIDUALLY AND DBA HARLAN'S AUTOMOTIVE,<br><br>    Defendant. | Case No. 21-cv-00583-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Douglas Powers filed the present action on January 25, 2021. Dkt. No. 1. The parties' last day to conduct a joint site inspection was July 12, 2021. Dkt. No. 12. Pursuant to General Order 56, Mr. Powers's last day to file a notice of need for mediation was August 23, 2021. Mr. Powers did not file a notice of need for mediation, nor did he seek relief from the August 23, 2021 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 636, 629–33 (1962). Mr. Powers is directed to file a written response to this order by **January 31, 2022** to show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 24, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge