UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS POWERS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL C. LUONG, INDIVIDUALLY AND DBA HARLAN'S AUTOMOTIVE,<br><br>    Defendant. | Case No. 21-cv-00583-VKD<br><br>**ORDER CONTINUING SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 22 |

On April 19, 2022, the Court was informed that this case had settled. Dkt. No. 21. The Court issued an Order to Show Cause, setting the show cause hearing for June 28, 2022 and ordering the parties to file a response by June 21, 2022. Dkt. No. 22. The parties filed a timely response indicating that they have finalized their settlement and that they anticipate filing a dismissal after June 30, 2022, when all settlement payments are completed. Dkt. No. 23.

Based on the parties' representations, the Court orders the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii) on or before **August 15, 2022**. Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because defendants have filed an answer, plaintiffs must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

The show cause hearing set for June 28, 2022 is CONTINUED to **August 16, 2022, 10:00 a.m.** The parties shall file a statement in response to this Order Continuing Show Cause Hearing no later than **August 15, 2022** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the

settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: June 21, 2022

_Virginia K. DeMarchi_
VIRGINIA K. DEMARCHI
United States Magistrate Judge